United States District Court
Northern District of Indiana
Hammond Division

| | | |
|---|---|---|
| MICHAEL J. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-CV-31 JVB |
| | ) | |
| HARBOR MORTOR WORKS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

On December 18, 2008, Magistrate Judge Paul R. Cherry filed and served on the parties his Report and Recommendation (DE 74) on Defendant Harris N.A's Motion to Dismiss Plaintiff's amended complaint (DE 64). Judge Cherry recommended that this Court grant Defendant's Motion. In the Report and Recommendation he advised the parties that they had ten days from the date of service within which to file objections and noted that the failure to file a timely objection would result in waiver of the right to challenge the Recommendation before both the District Court and the Court of Appeals. *Willis v. Caterpillar, Inc.,* 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leninger*, 15 F.3d 664, 668 (7th Cir. 1994; *The Provident Bank v. Manor Steel Corp.,* 882 F.2d 258, 260-261 (7th Cir. 1989).

To date, Plaintiff has filed no objections to the Report and Recommendation. Accordingly, this Court adopts Judge Cherry's recommendations and **GRANTS** Defendant Harris N.A.'s Motion to Dismiss (DE 64). Harris N.A. is dismissed as a party to this action.

SO ORDERED on January 27, 2009.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge